CITY OF ST. LOUIS, Appellant, v. WHITMAN AGRICULTURAL COMPANY.

### Division One, June 1, 1911.

For the reasons stated in St. Louis v. Blast Furnace Co., *ante*, page 1, the judgment in this case is affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Daniel G. Taylor*, Judge.

AFFIRMED.

*Lambert E. Walther* and *Henry W. Allen* for appellant.

*Edward C. Kehr* for respondent.

VALLIANT, J.—This is an action of ejectment for land lying between the east line of blocks 16 and 17 of Eiler's survey of the former town of Carondelet, now blocks 3008 and 3009 of the city of St. Louis. The land in dispute is an accretion to the original land in those blocks. The facts of this case are exactly like those in the case of the city of St. Louis v. St. Louis Blast Furnace Company, which we have just decided, and is reported at page 1 of this Report; except it is different property and a different defendant, except also that besides evidence locating and describing the land in dispute the plaintiff introduced in evidence only the Brown's survey of the outboundaries of Carondelet made in 1834 which was in evidence in the Blast Furnace case. Plaintiff introduced no other evidence, but relied on that survey as its sole evidence of title. We said in the Blast Furnace case all that we have to say in respect of the effect of the Brown's survey and we have now nothing to add. The trial court decided that under the evidence adduced the city of St. Louis had no title to the land in question. That decision was correct.

For the reasons given in the opinion in Blast Furnace case above mentioned the judgment in this cause is affirmed. All concur.